1 **THE AGUILERA LAW GROUP, APLC**
2 A. Eric Aguilera (SBN 192390)
  Jason Y. Chao (SBN 250735)
3 Thomas V. Perea (SBN 140223)
  650 Town Center Drive, Suite 100
4 Costa Mesa, CA 92626
  T: 714-384-6600 / F: 714-384-6601
5 eaguilera@aguileragroup.com
6 jchao@aguileragroup.com
  tperea@aguileragroup.com
7

8 Attorneys for Plaintiffs and Counter-Defendants, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

9 **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KB HOME SOUTH BAY, INC., a California corproation ; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.:   3:15-cv-00238-CRB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Date:   May 20, 2016**<br>**Time:  8:30 a.m.**<br>**Ctrm.: 6, 17th Floor, San Francisco, CA**<br><br>[Filed concurrently with Stipulation to Continue Case Management Conference] |

12–28

1  The parties submitted a stipulation to continue the Case Management Conference, presently
2  scheduled for May 20, 2016. After reviewing the stipulation and for good cause showing, the Court
3  agrees to continue the Case Management Conference to August 19, 2016
4  **IT IS THEREFORE ORDERED.**

6  Dated: May 13, 2016                    _____
7                                          Hon. Charles R. Breyer
                                            Judge, United States District Court