1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, | CASE NO.:   3:15-cv-00238-CRB |
|---|---|
| Plaintiffs, | **ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>[Filed concurrently with the Stipulation of Dismissal] |
| v. | |
| KB HOME SOUTH BAY, INC., a California corproation ; and DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

1

1    Pursuant to Federal Rule of Civil Procedure 41(a), the Joint Stipulation to Dismiss with
2 prejudice is granted. Accordingly, this action is dismissed with prejudice, with each party to bear its
3 own costs.

5 Dated: July 27, 2016    _____
                            Hon. Charles R. Breyer
6                           Judge, United States District Court